ANDREAS THALASSINOS, Respondent, v. GOLDIE K. THALASSINOS, Appellant.— In an action for separation, judgment in favor of plaintiff unanimously affirmed, without costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *post*, p. 902.]

HENRIETTA ZAHN, Respondent, v. CITY OF NEW YORK, Defendant, and ANNA WILDENBERGER, Appellant.— In an action to recover damages for personal injuries resulting from a fall on an icy portion of a sidewalk in front of premises owned by appellant, judgment for the plaintiff affirmed, with costs. No opinion. Lewis, P. J., Carswell and Johnston, JJ., concur; Adel and Sneed, JJ., dissent and vote to reverse the judgment and to dismiss the complaint on the ground that plaintiff failed to establish actionable negligence on the part of appellant.

## (June 21, 1948.)

ROSE M. ABITABILE, Respondent, v. THOMAS ABITABILE, Appellant.— Appeal by defendant from an order denying his motion to eliminate the alimony provision contained in a judgment of separation in favor of plaintiff. Order affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

ELEANOR H. BOWMAN, Appellant, v. CHARLES N. TALBOT, Defendant, and JESSICA D. TALBOT, Respondent.— Action in equity to enforce plaintiff's right in a joint venture with respect to a parcel of real estate. Plaintiff had judgment. Respondent, Jessica D. Talbot, obtained a stay of the sale of the real property pursuant to section 598 of the Civil Practice Act. Plaintiff appeals on the ground that section 598 does not apply, and on the further ground that the security furnished by respondent is inadequate in amount. Order affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

ABRAHAM COOPER et al., Copartners Doing Business under the Name of COOPER'S RADIO AND SPORT SHOP, Appellants, v. GENERAL ELECTRIC COMPANY et al., Respondents.— In an action to recover damages for breach of an alleged agreement to furnish electrical appliances, after the expiration of the term of a so-called dealership, order directing the furnishing of a bill of particulars, insofar as appeal is taken, affirmed, with $10 costs and disbursements, the bill to be served within ten days from the entry of the order hereon. No opinion. Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.